# THE SCHER LAW FIRM, LLP

ONE OLD COUNTRY ROAD, SUITE 385
CARLE PLACE, NY 11514

MARTIN H. SCHER*
JONATHAN L. SCHER*

AUSTIN R. GRAFF

DAVID J. GRECH
ALEXANDRA J. HOWELL

* ALSO ADMITTED IN DISTRICT OF COLUMBIA

TEL: 516-746-5040
FAX: 516-747-9100

W. SCOTT KERSHAW
COUNSEL

ROBERT S. NAYBERG
(1959 - 2012)

November 30, 2016

**BY ECF**
Hon. James Orenstein, U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Silva v. Call-A-Head Corp., et al.
    E.D.N.Y. Docket No. 16-cv-4815 (KAM)(JO)

Dear Magistrate Judge Orenstein:

Our law firm represents the Defendants in the above-referenced collective Action.

The deadline for the Defendants to produce the list of potential class members to the Plaintiff is today, November 30, 2016. The parties have been working cooperatively and are engaged in a productive dialogue to try and settle this Action for the Plaintiff and the opt-in Plaintiff. We therefore write to respectfully request a three-week adjournment of that deadline, to December 21, 2016 to give the parties an opportunity to try and settle this matter on behalf of two current plaintiffs. The Plaintiffs have consented to a nine-day extension through December 9, 2016. However, we believe additional time is necessary to resolve this matter. We make this request with the consent of Plaintiff's counsel who has reviewed this letter.

Thank you for your courtesies in this matter.

Respectfully submitted,

THE SCHER LAW FIRM, LLP

Austin Graff

ARG:ms
cc: Ariel Y. Graff, Esq. (by ECF)

G:\Call-A-Head\Litigation\Silva, Joseph J\Motions\Motion #001 - Conditional Certification\11-30-16 letter to Court re extension of time for class list_fnl.docx